April 14, 2015

John R. Soard
38 Delsie Street
Clarksville, AR 72830
(479) 739-5512



FILED IN COURT OF APPEALS
12th Court of Appeals District
APR 20, 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK

Katrina McClenny, Chief Deputy Clerk
Twelfth Court of Appeal
1517 West Front Street, Suite 3564
Tyler, Texas    75702

RE:     Case Number              12-14-00211-CV
        Trial Court Case No.    3-42005, 3-42004, 3-42003, 3-41396 and CCL-11-13178

Style:   John R. Soard
              v.
         Terry Thorn, Sheila Smith, Mary Page **and B Jeffery Doran**

Dear Ms. McClenny:

This is in response to your letter stating the Appellant's brief in the above-referenced case was due to have been filed on April 6, 2015.

I have notified you several times that Janice Staples and Misty McAdams have not filed the records requested in my designation of records filed on February 18, 2014. **(Clerk's rec p29)**

According to TRAP 38.6, The Appellant must file a brief within 30 days after the last records were filed.

On March 18, 2015, I filed a Motion requesting that the TWELFTH COURT OF APPEALS require that the missing files be supplied.

THIS REQUEST HAS BEEN DENIED . The Twelfth Court of Appeals has also denied my request that I be allowed to supplement the files.

If you direct me to file my brief based on the files that have been filed with the court, and allow me thirty days from the day I am notified, I will do my best with what I have.

Very truly yours,

John R. Soard

John R. Soard